UNITED STATES OF AMERICA           UNITED STATES DISTRICT COURT

vs.

      U. S. DISTRICT COURT
      N.D. OF N.Y.
      FILED          FOR

DEFENDANT   Vasily KARPOV      APR 5 – 1996   NORTHERN DISTRICT OF NEW YORK

GEORGE A. RAY, Clerk    Docket No.   96-MG-154
UTICA

JUDGMENT AND PROBATION/COMMITMENT ORDER

The defendant appeared in person on   March    26,    1996
                                           Month     Day     Year

COUNSEL   X   WITHOUT COUNSEL    However, the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

         WITH COUNSEL   _____
                         Name of Counsel

PLEA   X   GUILTY, and the court being satisfied that there is factual basis for the plea.
           NOLO CONTENDERE
           NOT GUILTY

There being a finding/verdict of:   ____ NOT GUILTY. Defendant is discharged
                                   X   GUILTY

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
MAR 2 6 1996
GEORGE A. RAY, Clerk
UTICA

**FINDING AND JUDGMENT**

Defendant has been charged of the offense(s) of:

Defendant, knowing that the following named alien, Alexandre LEVANTOVSKI, had come to, entered, or remained in the United States in violation of law, transported such alien within the United States by means of transportation, to wit: an automobile, in furtherance of such violation, this being in violation of

Title:   8   United States Code, Section   1324(a)(1)(A)(ii)

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of:

**SENTENCE OR PROBATION ORDER**

Term of Imprisonment:   Thirty (30) days beginning March 26, 1996.

Fine of $ -0-   and special assessment of $ 25.00   imposed   but not paid.

    X   Special assessment remitted under 18 U.S.C. 3573 upon petition of Government.

DATED:   March 26,    , 19 96

Henry Van Acker, Jr.
U.S. Magistrate Judge
One Lincoln Blvd.
Rouses Point, NY 12979
(518) 297-2100